UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. ELLIS,<br><br>     Plaintiff,<br><br>  v.<br><br>J. JOHNSON (CC1), T. LANSFORD<br>(CC2), D. FOSTON (TLP Exm.,<br><br>     Defendant.<br>_____ | NO.  CV 17-3357-JFW (AGR)<br><br>JUDGMENT |

   Pursuant to the Order Dismissing First Amended Complaint without leave to amend,

   IT IS ADJUDGED that this action is dismissed with prejudice.


DATED: July 13, 2017       _____

                JOHN F. WALTER
               United States District Judge